IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRON BROWN,

Plaintiff,

vs.

APRIL BULLING-JUNE, TSCI Deputy Warden;

Defendant.

**8:25CV608**

**MEMORANDUM AND ORDER**

This matter is before the Court on case management. On August 13, 2026, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 12. A review of the Nebraska Department of Correctional Services' online inmate records indicates that Plaintiff is currently confined in the Tecumseh State Correctional Institution, not the Reception and Treatment Center as is listed on the docket sheet. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited August 31, 2026). The Court will direct the Clerk of the Court to update Plaintiff's address accordingly. However, Plaintiff is advised that he must keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update Plaintiff's address to the Tecumseh State Correctional Institution and to resend a copy of Filing No. 10 to Plaintiff at his updated address.

2. Plaintiff must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this case.

Dated this 31st day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge